UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. |
| JOHNATHAN DEMARCO CREWS, | ) ) **4:15CR00161 AGF/DDN** |
| Defendant. | ) |

**FILED**

APR - 8 2015

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about March 16, 2015, in the City of Saint Louis, within the Eastern District of Missouri,

**JOHNATHAN DEMARCO CREWS,**

the Defendant herein, having been convicted previously of a felony crime punishable by a term of imprisonment exceeding one year under the laws of the State of Missouri, did knowingly and intentionally possess one or more firearms; to wit:   a Hi-Point make, .45 caliber semi-automatic pistol bearing serial number 4117539, which traveled in interstate or foreign commerce prior to being in the defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
THOMAS REA, #53245MO
Assistant United States Attorney